# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

IN RE:                                    ) CHAPTER 13

**GEOFFREY UBA**                          ) CASE NO. 09-22527ASD

### PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

Check #          409378              $1,729.12

$1729.12

Hsbc/rs
Hsbc Retail Services Attn: Bankruptcy          #274801
Po Box 15522
Wilmington DE 19850

### OVER 90 DAYS

Dated at Hartford, Connecticut this           day of          , 2011.
                            /s/
                    Molly T. Whiton
                    Chapter 13 Standing Trustee
                    10 Columbus Blvd., Hartford, CT 06106
                    Tele:(860) 278-9410 Fax:(860) 527-6185
                    Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor: 50 HILLSIDE ST UNIT C-25 EAST HARTFORD CT 06108**
**Office of the U.S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV**
**Debtor's Counsel:** macesq@msn.com

/s/
Molly T. Whiton, Chapter 13 Standing Trustee