## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

2011 AUG 29  PM 3: 31

IN RE:                                ) CHAPTER 13

GEOFFREY UBA                          ) CASE NO. 09-22527ASD

## PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011,
**Molly T. Whiton,** hereby submits a check from the above captioned case
undistributed funds unclaimed by the following:

Check #    410624                        $24.00

$ 24
# 274846

**Hsbc/rs**
**Hsbc Retail Services Attn: Bankruptcy**
**Po Box 15522**
**Wilmington  DE 19850**

**FOE**

Dated at Hartford, Connecticut this _____ day of _____, 2011.

/s/ _____
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:
**Debtors: 50 HILLSIDE ST UNIT C-25 EAST HARTFORD CT 06106**
**Office of the U.S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV**
**Debtor's Counsel:** macesq@msn.com

/s/ _____
Molly T. Whiton, Chapter 13 Trustee



WARNING:   CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME

**CHAPTER 13 TRUSTEE**
**MOLLY T. WHITON**
10 COLUMBUS BLVD., HARTFORD, CT 06106

410624

64-79
611

TRUSTEE ACCOUNT

SunTrust

DATE: 08-23-11                $ 24.00

PAY    TWENTY FOUR and 00/100

VOID AFTER 90 DAYS

TO THE FOLLOWING

CLERK, U. S. BANKRUPTCY COURT
UNDISTRIBUTED FUNDS
450 MAIN STREET
HARTFORD, CT 06103

TRUSTEE

⑆410624⑆ ⑆061100790⑆ 0000005751029⑈